| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)* _____    Chapter    **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Commuter Advertising, Inc.**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   **DBA Commuter Advertising**  
   **DBA CommuterAds**

3. **Debtor's federal Employer Identification Number** (EIN)  
   **26-2739149**

4. **Debtor's address**  

   **Principal place of business**  
   **312 N Patterson Blvd., Suite 240**  
   **Dayton, OH 45402**  
   Number, Street, City, State & ZIP Code  

   **Montgomery**  
   County  

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code  

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **Commuter Advertising, Inc.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Commuter Advertising, Inc.**     Case number (*if known*) _____
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Commuter Advertising, Inc.**  Case number (*if known*)
Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Commuter Advertising, Inc.**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 19, 2023**
　　　　　　　MM / DD / YYYY

**X /s/ Russ Gottesman**　　　　　　　　　　　　**Russ Gottesman**
Signature of authorized representative of debtor　　Printed name

Title **President**

---

**18. Signature of attorney**

**X /s/ Denis E. Blasius**　　　　　　　　　　　　Date **September 19, 2023**
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**Denis E. Blasius 0082617**
Printed name

**Thomsen Law Group, LLC**
Firm name

**140 North Main Street, Suite A**
**Springboro, OH 45066**
Number, Street, City, State & ZIP Code

Contact phone **937-748-5001**　　　Email address **dblasius@ihtlaw.com**

**0082617 OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Commuter Advertising, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2023**      X **/s/ Russ Gottesman**
                                           Signature of individual signing on behalf of debtor

                                           **Russ Gottesman**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Commuter Advertising, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** PO Box 981535 El Paso, TX 79998 | | Credit Card | Contingent Unliquidated Disputed | | | $33,554.72 |
| **Central Ohio Transit Authority** 33 N. High Street Columbus, OH 43215 | | Transit Payable | | | | $61,648.16 |
| **Chase Bank National Bank By Mail** P.O. Box 6185 Westerville, OH 43086 | | Credit Card | Contingent Unliquidated Disputed | | | $16,000.00 |
| **Coolidge Wall** 33 W First St Suite 200 Dayton, OH 45402 | | Legal Services | Contingent Unliquidated Disputed | | | $121,146.32 |
| **Crawford Hoying Real Estate Services LLC** 555 Metro Place North, Suite 600 Dublin, OH 43017 | | Lease | Contingent Unliquidated Disputed | | | $6,999.00 |
| **CSC** 2751 Little Falls Drive Wilmington, DE 19808 | | Corporation Services | Contingent Unliquidated Disputed | | | $4,719.65 |
| **Culligan of Fairborn** 7606 Dayton Springfield Road Fairborn, OH 45324 | | Water services | | | | $86.11 |

Debtor **Commuter Advertising, Inc.**　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Des Moines Area Regional Transit Auth**<br>**620 Cherry Street**<br>**Des Moines, IA 50309** | | **Transit Payable** | | | | $3,997.09 |
| **Hillsboro Transit Authority**<br>**1201 E. 7th Avenue**<br>**Tampa, FL 33605** | | **Transit Payable** | | | | $20,575.92 |
| **Incito Solutions**<br>**PO Box 751586**<br>**Dayton, OH 45475** | | **IT Support** | | | | $3,859.26 |
| **Kansas City Area Transportation Auth**<br>**1350 East 17th Street**<br>**Kansas City, MO 64108** | | **Transit Payable** | | | | $22,140.13 |
| **Michelle Maro**<br>**c/o Michelle Lee Carey, Esq.**<br>**150 South Wacker Dr.**<br>**Chicago, IL 60606** | | **Judgment, United States District Court, Southern District of Ohio** | **Disputed** | | | $637,182.13 |
| **Milwaukee Transport Services, Inc.**<br>**1942 N. 17th Street**<br>**Milwaukee, WI 53205** | | **Alleged Breach of Contract** | **Contingent Unliquidated Disputed** | | | $36,019.86 |
| **Pace**<br>**Attn: Rebecca Howe**<br>**550 W. Algonquin Road**<br>**Rolling Meadows, IL 60008** | | **Transit Payable** | | | | $61,981.00 |
| **Southwest Ohio Transit Authority**<br>**1401-B Bank Street**<br>**Cincinnati, OH 45214** | | **Transit Payable** | | | | $49,301.19 |

```
American Express
PO Box 981535
El Paso, TX 79998

Ann R. Berger
6760 Trailview Dr.
Dayton, OH 45414

Carol Warner
109 N. Main Street, Suite 1000
Dayton, OH 45402

Central Ohio Transit Authority
33 N. High Street
Columbus, OH 43215

Chase Bank
National Bank By Mail
P.O. Box 6185
Westerville, OH 43086

Cincinnati State
3520 Central Parkway
Cincinnati, OH 45223

Community Health Council of Wyandotte
803 Armstrong Ave
Kansas City, KS 66101

Coolidge Wall
33 W First St Suite 200
Dayton, OH 45402

Core Network
Attention: Bob Savage
425 Jefferson Avenue, Suite 700
Toledo, OH 43604

County of San Bernardino Workforce
268 W. Hospitality Ln, 4th Floor
San Bernardino, CA 92415

Crawford Hoying Real Estate Services LLC
555 Metro Place North, Suite 600
Dublin, OH 43017

Crime Stoppers of Tampa Bay
PO Box 5766
Tampa, FL 33675

CSC
2751 Little Falls Drive
Wilmington, DE 19808
```

```
CSL Plasma Center #150
2617 Northland Plaza Dr.
Columbus, OH 43231

CSL Plasma Center #177
4970 Delhi Pike
Cincinnati, OH 45238

CSL Plasma Center #409
2650 N High St.
Columbus, OH 43202

CSL Plasma Center #507
2008 N Riverside Ave Suite B
Rialto, CA 92377

Culligan of Fairborn
7606 Dayton Springfield Road
Fairborn, OH 45324

Dan Graham
5767 Stone Lake Dr.
Dayton, OH 45429

Dayton Region Signature Fund
Attention: Carol Warner
1401 S. Main Street, Suite 200
Dayton, OH 45409

Des Moines Area Regional Transit Auth
620 Cherry Street
Des Moines, IA 50309

Doug Ditzel
9000 N Main St G-36
Dayton, OH 45415

Drake University Head Start
3800 Merie Hay Rd, Ste 323
Des Moines, IA 50310

Frank Winslow
109 N. Main Street, Suite 1000
Dayton, OH 45402

Hillsboro Transit Authority
1201 E. 7th Avenue
Tampa, FL 33605

Huntington National Bank
105 East Fourth Street, Suite 200A
Cincinnati, OH 45202
```

```
Incito Solutions
PO Box 751586
Dayton, OH 45475

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iowa Dept of Health and Human Services
505 Hobbs Rd.
Jefferson City, MO 65109

Jerry T. Cheadle
27750 Marina Isle Ct
Bonita Springs, FL 34134

Kansas City Area Transportation Auth
1350 East 17th Street
Kansas City, MO 64108

Kathy Geiger-Schwab
12127 East Casitas Del Rio Drive
Scottsdale, AZ 85255

Lifeline of Ohio
770 Kinnear Road
Columbus, OH 43212

Matthew C. Curran, Esq.
Robbins, Kelly, Patterson, & Tucker
312 Elm Street
Cincinnati, OH 45202

Michael Yont
1116 Pine Valley Road
Griffin, GA 30224

Michelle L. Carey, Esq.
Friedman Maguire & Carey, P.C.
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Michelle Maro
c/o Michelle Lee Carey, Esq.
150 South Wacker Dr.
Chicago, IL 60606

Mid-America Regional Council
600 Broadway, Ste. 200
Kansas City, MO 64105

Milwaukee Transport Services, Inc.
1942 N. 17th Street
Milwaukee, WI 53205
```

```
NAMI of Southwest Ohio
4055 Executive Park Drive, Suite 450
Cincinnati, OH 45241

Nathaniel J. Brinkman
815 Bowen St.
Dayton, OH 45410

Ohio Association of Foodbanks
100 E. Broad St, Ste. 501
Columbus, OH 43215

Ohio Attorney General
Attn: Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Wokrers' Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Services
Revenue Recovery - Litigation
PO Box 182404
Columbus, OH 43218

Ohio Department of Taxation
C/O Bankruptcy Division
30 East Broad Street, 21st Floor
Columbus, OH 43215

Omnitrans
1700 West Fifth Street
San Bernardino, CA 92411

Opportunity Port
170 S. Civic Center Dr.
Columbus, OH 43215

Pace
Attn: Rebecca Howe
550 W. Algonquin Road
Rolling Meadows, IL 60008

Russell Gottesman
1 Oakwood Ave #542
Dayton, OH 45409

Samantha Schwab
13143 Cherokee Trail
Cleveland, OH 44130
```

Santa Maria Community Services, Inc.
617 Steiner Ave.
Cincinnati, OH 45204

Securities and Exchange Commission
175 West Jackson Blvd
Suite 900
Chicago, IL 60604

Sheets c/o Hamelin Media
525 Righters Ferry Road
Bala Cynwyd, PA 19004

Show Me KC Schools
2029 Wyandotte Street, Suite 101
Kansas City, MO 64108

Southwest Ohio Transit Authority
1401-B Bank Street
Cincinnati, OH 45214

Taft Venture Partners
631 Dickinson Ave.
Greenville, NC 27834

Tecra Systems
ATTN: Giri Gondi
9050 N Capital of Texas HWY #300
Austin, TX 78759

Teeraporn Visutvattanasak
70 W Huron St. Apt 1709
Chicago, IL 60654

The Closing Company, LLC
1 Oakwood Ave #542
Dayton, OH 45409

The HealthCare Connection
1401 Steffen Avenue
Cincinnati, OH 45215

U.S. Attorney -- Dayton
602 Federal Building
200 West Second Street
Dayton, OH 45402

U.S. Attorney General
Main Justice Building Rm 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416

```
University of Dayton
Attention Jay Janney, Miriam Hall #208
300 College Park
Dayton, OH 45469

US Air Force Reserve
6383 Brandt Pike
Dayton, OH 45424

Vicki Saunders
4959 Kinshill Dr. Apt 212
Columbus, OH 43229

Village of Oak Park
123 Madison St.
Oak Park, IL 60302
```

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Commuter Advertising, Inc.**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Commuter Advertising, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 19, 2023**
Date

**/s/ Denis E. Blasius**
**Denis E. Blasius 0082617**
Signature of Attorney or Litigant
Counsel for **Commuter Advertising, Inc.**
**Thomsen Law Group, LLC**
**140 North Main Street, Suite A**
**Springboro, OH 45066**
**937-748-5001 Fax:937-748-5003**
**dblasius@ihtlaw.com**