**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 23, 2023**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 23-31504 |
| | * | (Chapter 11) |
| COMMUTER ADVERTISING, INC. | * | (Subchapter V) |
| | * | |
| | * | (Judge Guy R. Humphrey) |
| Debtor/Debtor-in-Possession. | * | |

### ORDER APPROVING APPLICATION TO EMPLOY COUNSEL
### FOR DEBTOR/DEBTOR-IN-POSSESSION (Doc. 40)

This matter came to the attention of the Court upon the Application of the Debtor/Debtor-in-Possession Commuter Advertising, Inc. ("Debtor") to employ Thomsen Law Group, LLC and Denis E. Blasius, Ira H. Thomsen, and Darlene E. Fierle, hereinafter referred to collectively as "Counsel") as its bankruptcy counsel (the "Application") (Doc. 40). The Court finds from the Application and Affidavits relating to such employment that Counsel represents no present adverse interest to the estate and are disinterested persons able to represent and assist the Debtor

in carrying out its duties under this title as required by *11 U.S.C. §327*, *Bankruptcy Rule 2014* and *Local Bankruptcy Rule 2014-1*. Therefore,

IT IS ORDERED that Thomsen Law Group, LLC, Denis E. Blasius, Ira H. Thomsen, and Darlene E. Fierle, 140 North Main Street, Suite A, Springboro, Ohio 45066 shall be employed as counsel for the Debtor as set forth in the Application, effective as of the Petition Date; and

IT IS FURTHER ORDERED all compensation and reimbursement of expenses for said counsel will be subject to review and approval by this Court pursuant to *11 U.S.C. §§330 and 331* and *503(b)(2)*, *Bankruptcy Rule 2016* and *Local Bankruptcy Rule 2016-1(a)*; and

IT IS FURTHER ORDERED that approval of monthly compensation and reimbursement of expenses sought in the Application under *Local Bankruptcy Rule 2016-1(a)(1)(D)* is subject to approval of the Amended Motion for Entry of Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals (Doc. 58).

IT IS SO ORDERED.

Copies to:

Default List Plus Top 20